The Honorable TANA LIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL TRAKARN,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | NO. 2:23-CV-00929-TL<br><br>STIPULATION & JOINT ORDER TO MODIFY DATES ON ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT (DKT #8) |

## I. STIPULATION

THE PARTIES above-named, through the undersigned counsel, have agreed to adjust the following deadlines for Initial Disclosures and Combined Joint Status Report and Discovery Plan as follows (Dkt #8) at the request of counsel for Plaintiff and Defendant due to the advent of Plaintiff counsel's recent office relocation, and Plaintiff and Defendant counsel's mid-August vacations, and as a result, they hereby stipulate to entry of the subjoined Order:

| | **Current Due Date:** | **Proposed Due Date:** |
|---|---|---|
| Initial Disclosures Pursuant to FRCP 26(a)(1) | August 4, 2023 | August 18, 2023 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26 (f) | August 18, 2023 | August 25, 2023 |

STIPULATION & ORDER - 1

Law Offices of
STEPHEN M. HANSEN, P.S.
1821 Dock Street, Suite 103
Tacoma Washington 98402
(253) 302 5955

| Law Offices of STEPHEN M. HANSEN, P.S. | WAKEFIELD & WAKEFIELD, PLLC |
|---|---|
| s/Stephen M. Hansen | s/Dan Kirkpatrick |
| STEPHEN M. HANSEN, WSBA #15642<br>Attorney for Plaintiffs | DAN KIRKPATRICK, WSBA #38674<br>Attorney for Defendant |

## II.  ORDER

BASED UPON the above and foregoing stipulation, it is hereby

ORDERED, ADJUDGED and DECREED that the deadlines for Initial Disclosures and Combined Joint Status Report and Discovery Plan (Dkt #8) are adjusted as follows:

|  | Due Date: |
|---|---|
| Initial Disclosures Pursuant to FRCP 26(a)(1) | August 18, 2023 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26 (f) | August 25, 2023 |

DATED this 8th day of August, 2023.

Tana Lin
United States District Judge

STIPULATION & ORDER - 2