UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL TRAKARN,<br><br>               Plaintiff,<br><br>   v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>               Defendant. | CASE NO. C23-0929-KKE<br><br>ORDER DENYING STIPULATED MOTION FOR A PROTECTIVE ORDER |

This matter comes before the Court on the parties' stipulated motion for a protective order. Dkt. No. 15. The motion does not comply with Local Civil Rule 26(c)(2), which requires that if parties file a proposed stipulated protective order that departs from this district's model protective order, they "must provide the court with a redlined version identifying departures from the model." The parties' motion (Dkt. No. 15) is therefore DENIED without prejudice, subject to re-filing in compliance with Local Civil Rule 26(c)(2).

Dated this 21st day of November, 2023.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER DENYING STIPULATED MOTION FOR A PROTECTIVE ORDER - 1