UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL TRAKARN,<br><br>    Plaintiff(s),<br><br> v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant(s). | CASE NO. C23-0929-KKE<br><br>ORDER DENYING STIPULATED MOTION TO EXTEND DEADLINES |

  This matter comes before the Court on the parties' stipulated motion to extend case deadlines. Dkt. No. 14. The parties proposed extending certain case deadlines, including the dispositive motions deadline, without extending the trial date. *Id*. The Court requires approximately 120 days between the dispositive motions deadline and the trial date. *See, e.g.*, Dkt. No. 13. The parties' proposed schedule results in fewer than 90 days between the dispositive motions deadline and the trial date. Dkt. No. 14.

  The Court therefore DENIES the parties' stipulation (Dkt. No. 14), subject to re-filing in accordance with the Court's requirement as stated above.

  Dated this 21st day of November, 2023.

            */s/ Kymberly K. Evanson*
            Kymberly K. Evanson
            United States District Judge

ORDER DENYING STIPULATED MOTION TO EXTEND DEADLINES - 1