The Honorable KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL TRAKARN,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.

NO. 2:23-CV-00929-KKE

STIPULATION AND ORDER EXTENDING CASE DEADLINES

## I. STIPULATION

THE PARTIES above-named, through the undersigned counsel, have agreed to adjust the following deadlines as set forth in the Order Setting Jury Trial Date and Related Dates (Dkt #13), at the request of counsel for Plaintiff and Defendant due to the advent of on-going production of pending discovery, and as a result, they hereby stipulate to entry of the subjoined Order to modify those deadlines set forth below. The entry of this order would not operate to change any other case scheduling deadline:

| | **Current Due Date:** | **Proposed Due Date:** |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | 11/20/2023 | 1/19/2024 |
| All motions related to discovery must be filed by | 12/20/2023 | 1/19/2024 |
| Discovery must be completed by | 1/19/2024 | 2/20/2024 |



Law Offices of
STEPHEN M. HANSEN, P.S.
1821 Dock Street, Suite 103
Tacoma Washington 98402
(253) 302 5955

| | | |
|---|---|---|
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)). Such motions must be noted for consideration no later than the fourth Friday thereafter (*see* LCR 7(d)). | 2/20/2024 | 2/26/2024 |

Law Offices of STEPHEN M. HANSEN, P.S.

*s/Stephen M. Hansen*
STEPHEN M. HANSEN, WSBA #15642
Attorney for Plaintiff

WAKEFIELD & WAKEFIELD, PLLC

*s/Dan Kirkpatrick*
DAN KIRKPATRICK, WSBA #38674
Attorney for Defendant

## II. ORDER

The parties' stipulated motion (Dkt. No. 20) is GRANTED. The deadlines as set forth in the Order Setting Jury Trial Date and Related Dates (Dkt. No. 13) are adjusted as follows:

| | **Current Due Date:** | **Due Date:** |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | 11/20/2023 | 1/19/2024 |
| All motions related to discovery must be filed by | 12/20/2023 | 1/19/2024 |
| Discovery must be completed by | 1/19/2024 | 2/20/2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)). Such motions must be noted for consideration no later than the fourth Friday thereafter (*see* LCR 7(d)). | 2/20/2024 | 2/26/2024 |



Law Offices of
STEPHEN M. HANSEN, P.S.
1821 Dock Street, Suite 103
Tacoma Washington 98402
(253) 302 5955

All other case schedule deadlines not modified by this order shall remain in effect.

DATED this 28th day of November, 2023.

Kymberly K. Evanson
United States District Judge

Presented By:

Law Offices of STEPHEN M. HANSEN, P.S.

*s/Stephen M. Hansen*
STEPHEN M. HANSEN, WSBA #15642
Attorney for Plaintiff

Approved for Entry:

WAKEFIELD & WAKEFIELD, PLLC

*s/Dan Kirkpatrick*
DAN KIRKPATRICK, WSBA #38674
Attorney for Defendant



Law Offices of
STEPHEN M. HANSEN, P.S.
1821 Dock Street, Suite 103
Tacoma Washington 98402
(253) 302 5955