THE HONORABLE KYMBERLY K EVANSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL TRAKARN,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | NO. 2:23−cv−00929−KKE<br><br>STIPULATED JOINT MOTION TO MODIFY DEADLINES FOR<br><br>(1)  PROPOSED JURY INSTRUCTIONS,<br><br>(2) AGREED LCR 16.1 PRETRIAL ORDER<br><br>(3) RESPONSES TO THE MOTION OF LIMINE<br><br>**NOTE ON MOTION CALENDAR: Same Day** |

**I. STIPULATED MOTION**

Plaintiff Paul Trakarn and Defendant State Farm Mutual Automobile Insurance Company ("the Parties") jointly move the Court to modify the deadlines for:

(1) Proposed Jury Instructions,

(2) Agreed LCR 16.1 Pretrial Order, and

STIPULATED JOINT MOTION TO MODIFY DEADLINES FOR (1)  PROPOSED JURY INSTRUCTIONS, (2) AGREED LCR 16.1 PRETRIAL ORDER (3) RESPONSES TO THE MOTION OF LIMINE - 1
(Case No. 2:23−cv−00929−TL)

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120

/23-0929 Trakarn v. State Farm - Joint stipulated Motion to Change Deadline

(3) Responses to the Motion of Limine

The Parties jointly move that the deadlines be moved one week, as follows:

| Submission | Current Due Date: | Proposed Due Date: |
|---|---|---|
| Proposed jury instructions | 5/28/2024 | 6/3/2024 |
| Agreed LCR 16.1 Pretrial Order, including exhibit list with completed authenticity, admissibility, and objections fields | 5/28/2024 | 6/3/2024 |
| Responses to the Motions in Limine | 5/28/2024 | 6/3/2024 |

The Court recently rescheduled the trial from June 17, 2024 to June 24, 2024 (Docket no. 31), and the Parties now move the Court to continue these pretrial deadlines by one week as well. The Parties need more time to confer on the Agreed LCR 16.1 Pretrial Order. This short continuance of these deadlines also allows the Parties additional time to attempt to resolve the lawsuit.

WAKEFIELD & WAKEFIELD, PLLC

By  s/ Dan Kirkpatrick
Dan Kirkpatrick WSBA #38674
Attorneys for State Farm


LAW OFFICES OF STEPHEN M. HANSEN, P.S.

By  s/ Stephen M. Hansen
Stephen M. Hansen WSBA #15642
Attorneys for Plaintiff
Approved for signature via email 5/28/2024

STIPULATED JOINT MOTION TO MODIFY DEADLINES FOR (1) PROPOSED JURY INSTRUCTIONS, (2) AGREED LCR 16.1 PRETRIAL ORDER (3) RESPONSES TO THE MOTION OF LIMINE - 2
(Case No. 2:23−cv−00929−TL)

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120

/23-0929 Trakarn v. State Farm - Joint stipulated Motion to Change Deadline

## II. ORDER

BASED UPON the above and foregoing stipulated motion, it is hereby ORDERED that the deadlines for Proposed Jury Instructions, Proposed jury instructions, Agreed LCR 16.1 Pretrial Order, (DK #13) and Responses to the Motion of Limine are adjusted as follows:

| Submission | Due Date: |
|---|---|
| Proposed jury instructions and | 6/3/2024 |
| Agreed LCR 16.1 Pretrial Order, including exhibit list with completed authenticity, admissibility, and objections fields | 6/3/2024 |
| Responses to the motion of Limine | 6/3/2024 |

DATED this 29th day of May, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

STIPULATED JOINT MOTION TO MODIFY DEADLINES FOR (1) PROPOSED JURY INSTRUCTIONS, (2) AGREED LCR 16.1 PRETRIAL ORDER (3) RESPONSES TO THE MOTION OF LIMINE - 3
(Case No. 2:23−cv−00929−TL)

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120

/23-0929 Trakarn v. State Farm - Joint stipulated Motion to Change Deadline