UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL TRAKARN,<br>               Plaintiff,<br>   v.<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br>               Defendant. | CASE NO. C23-0929-KKE<br><br>ORDER ON JURY INSTRUCTIONS |

This order concerns issues arising from the parties' proposed jury instructions. The parties have not complied with Local Civil Rule 51.

Local Civil Rule 51 outlines the requirements for parties submitting jury instructions. The parties are responsible for complying with the rule in its entirety; the Court highlights several specific requirements here.

"The parties shall confer with the objective of filing with the court one set of agreed-upon instructions, verdict forms, and interrogatories which addresses all elements of all claims and defenses in the case." Local Rules W.D. Wash. LCR 51(e). "If the parties cannot agree on one complete set of instructions, verdict forms, and interrogatories, they shall file two documents with the court. The first document, titled 'Joint Instructions,' shall reflect all agreed-upon instructions, verdict forms, and interrogatories. The second document, titled 'Joint Statement of Disputed

ORDER ON JURY INSTRUCTIONS - 1

Instructions,' shall present each disputed instruction, verdict form, and/or interrogatories." LCR 51(f). The rule goes on to dictate the order and format of these documents.

The parties are ORDERED to re-file their proposed jury instructions in compliance with Local Civil Rule 51, no later than 9:00am on June 7, 2024.

Dated this 6th day of June, 2024.

Kymberly K. Evanson
United States District Judge